**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MARCO MONTEMAYOR,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 12-0789 (RBW)** |
| | ) | |
| | ) | |
| **ERIC HIMPTON HOLDER, JR.,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**MEMORANDUM**

This matter is before the Court on the defendants' motion to dismiss under several subsections of Rule 12(b) of the Federal Rules of Civil Procedure or for summary judgment under Rule 56. By Order of December 3, 2012, the plaintiff, proceeding *pro se*, was advised about responding to the defendants' motion and the consequences if he did not respond by January 9, 2013. Specifically, the plaintiff was warned that his failure to respond by the deadline might result in summary dismissal of the case on what would be treated as a conceded motion. The plaintiff has neither responded to the defendants' motion nor sought additional time to do so. Hence, the Court will grant the defendants' motion to dismiss as conceded and will dismiss the case.[1]

_____s/_____
Reggie B. Walton
United States District Judge

DATE: February 27, 2013

---

[1] A separate Order accompanies this Memorandum.